**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:        HERMANN GELIN
              NERLANDE DONATIEN
                                              CASE NO.: 3:08-bk-06247-JAF
              Debtors

_____/


**PLAN OF REORGANIZATION**


Dated June 17, 2009


Bryan K. Mickler
Law Offices of Mickler & Mickler
Attorneys for Debtor-in-Possession
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
Florida Bar No. 091790
bkmickler@planlaw.com


1

# ARTICLE I
## SUMMARY

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of the Debtors from future income of the Debtors derived from rental income generated from the real property that the Debtors own.

This Plan provides for 20 classes of secured claims and 2 classes of unsecured claims. Unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately $0.00 cents on the dollar. This Plan also provides for the payment of administrative and priority claims either upon the effective date of the Plan or as allowed under the Bankruptcy Code. All creditors and equity security holders should refer to Articles II through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## ARTICLE II

## CLASSIFICATION OF CLAIMS AND INTERESTS

**2.01 Class 1**. Priority Tax Claims

Except to the extent that a holder of an allowed priority tax claim agrees to a different treatment, each allowed priority tax claim shall be paid in full, in cash, in equal quarterly installments over a term not to exceed 5 years from the date of order for relief in this case, together with interest at the rate of 6%. Such payments shall commence on the later of the Effective Date of the Plan or the date on which such claim is allowed. The Debtor reserves the option to prepay all or a portion of such debt at any time.

**2.02 Class 2**. First Mortgage of Aurora Loan Services, LLC on 13820 Zion Gate Court, Jacksonville, FL

This Class consists of the Secured Claim of Aurora Loan Services, LLC on 13820 Zion Gate Court, Jacksonville, FL by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR

2

Book 13333 Page 984. The Debtors will value this property at the replacement value of $176,000.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 2 is impaired by the Plan. Each holder of an allowed Class 2 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 2 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.03 Class 3**. First Mortgage of Bank of America Mortgage on 14064 Eagle Feathers Drive, Jacksonville, FL

This Class consists of the Secured Claim of Bank of America Mortgage on 14064 Eagle Feathers Drive, Jacksonville, FL by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 12946, Page 1478. The Debtors will value this property at the replacement value of $173,659.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 3 is impaired by the Plan. Each holder of an allowed Class 3 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 3 Claim shall retain any lien encumbering real property

3

of the Debtors in Possession.

**2.04 Class 4.** First Mortgage of Bank of America, N.A. on 14078 Red Rock Drive, Jacksonville, FL

This Class consists of the Secured Claim of Bank of America, N.A. on 14078 Red Rock Drive, Jacksonville, FL by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 13095 Page 686. The Debtors will value this property at the replacement value of $165,256.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 4 is impaired by the Plan. Each holder of an allowed Class 4 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 4 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.05 Class 5.** First Mortgage of Bank of America, N.A. on 918 Thoroughbred Drive, Orange Park, Florida.

This Class consists of the Secured Claim of Bank of America, N.A. on 918 Thorougbred Drive, Orange Park, Florida by virtue of a first mortgage recorded in the Public Records of Clay County, FL at OR Book 2754 Page 1631. The Debtors will value this property at the replacement value of $170,645.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Clay County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest

amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 5 is impaired by the Plan. Each holder of an allowed Class 5 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 5 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.06 Class 6** First Mortgage of Bank of America, N.A. on 14087 Golden Eagle Drive, Jacksonville, Florida.

This Class consists of the Secured Claim of Bank of America, N.A. on 14087 Golden Eagle Drive, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 13326 Page 604. The Debtors will value this property at the replacement value of $169,698.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 6 is impaired by the Plan. Each holder of an allowed Class 6 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 6 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.07 Class 7.** First Mortgage of Wells Fargo Bank, N.A. on 1698 Kernan Forest Court, Jacksonville, Florida to be reamortized/paid in full

This Class consists of the Secured Claim of Wells Fargo Bank, N.A. on 1698 Kernan Forest Court, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 11536 Page 843. The Debtors will pay the regular payment to this creditor in the amount of $1,309.00 and cure any pre or post petition arrears within 60 months from the effective date of this Plan.

Class 7 is impaired by the Plan. Each holder of an allowed Class 7 claim is entitled to vote to accept

or reject the Plan. Each holder of an allowed Class 7 Claim shall retain any lien encumbering real property of the Debtor in Possession.

**2.08 Class 8.** First Mortgage of Bank of America, N.A. on 743 Briar Creek Road, Jacksonville, Florida to be reamortized/paid in full.

This Class consists of the Secured Claim of Bank of America, N.A. on 743 Briar Creek Road, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 12648, Page 1443. The Debtors will value this investment property at the replacement value of $162,000.00. The Debtors will pay the valuation amount, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 8 is impaired by the Plan. Each holder of an allowed Class 8 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 8 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.09 Class 9**. First Mortgage of Ocwen on 1752 Forest Creek Drive, Jacksonville, Florida to be reamortized/paid in full.

This Class consists of the Secured Claim of Ocwen on 1752 Forest Creek Drive, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 12260, Page 2413. The Debtors will value this property at the replacement value of $152,500.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification

of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 9 is impaired by the Plan. Each holder of an allowed Class 9 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 9 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.10 Class 10.**   First Mortgage of JPMorgan Chase Bank, NA on 12301 N. Burning Embers Lane, Jacksonville, Florida to be reamortized/paid in full.

This Class consists of the Secured Claim of JPMorgan Chase Bank, NA on 12301 N. Burning Embers Lane, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 11222, Page 1937. The Debtors will value this property at the replacement value of $82,000.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 180 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 10 is impaired by the Plan. Each holder of an allowed Class 10 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 10 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.11 Class 11.**   First Mortgage of Wells Fargo Bank, NA on 1035 Briar Creek Road, Jacksonville, Florida to be reamortized/paid in full.

This Class consists of the Secured Claim of Wells Fargo Bank, NA on 1035 Briar Creek Road, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at

7

OR Book 11975, Page 1724. The Debtors will value this property at the replacement value of $140,000.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 11 is impaired by the Plan. Each holder of an allowed Class 11 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 11 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.12 Class 12.** First Mortgage of Litton Loan Servicing, LP on 14094 Eagle Feathers Drive, Jacksonville, Florida.

This Class consists of the Secured Claim of Litton Loan Servicing, LP on 14094 Eagle Feathers Drive, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 13003, Page 1461. The Debtors will value this property at the replacement value of $160,000.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 12 is impaired by the Plan. Each holder of an allowed Class 12 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 12 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.13 Class 13.** First Mortgage of Countrywide Home Loans Servicing, LP on 528 N. Summer Breeze Drive, Jacksonville, Florida.

This Class consists of the Secured Claim of Countrywide Home Loans Servicing, LP on 528 N. Summer Breeze Drive, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 13568, Page 2206. The Debtors will value this property at the replacement value of $172,580.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 13 is impaired by the Plan. Each holder of an allowed Class 13 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 13 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.14 Class 14.** First Mortgage of Countrywide on 609 N. Summer Breeze Drive, Jacksonville, Florida.

This Class consists of the Secured Claim of Countrywide on 609 N. Summer Breeze Drive, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 13350, Page 1920. The Debtors will value this property at the replacement value of $172,500.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage

9

secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 14 is impaired by the Plan. Each holder of an allowed Class 14 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 14 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.15 Class 15.** First Mortgage of JPMorgan Chase Bank, NA on 2903 Eagle Preserve Boulevard, Jacksonville, Florida.

This Class consists of the Secured Claim of JPMorgan Chase Bank, NA on 2903 Eagle Preserve Boulevard, Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 13512, Page 2343. The Debtors will value this property at the replacement value of $170,600.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 15 is impaired by the Plan. Each holder of an allowed Class 15 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 15 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.16 Class 16.** First Mortgage of Wells Fargo Bank, NA on 14003 East Summer Breeze Dr., Jacksonville, Florida.

This Class consists of the Secured Claim of Wells Fargo Bank, NA on 14003 East Summer Breeze Dr., Jacksonville, Florida by virtue of a first mortgage recorded in the Public Records of Duval County, FL at OR Book 13596, Page 2365. The Debtors will value this property at the replacement value of

$174,500.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Duval County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 16 is impaired by the Plan. Each holder of an allowed Class 16 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 16 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.17 Class 17.** First Mortgage of Wells Fargo Bank, NA on 715 Red Cedar Court, Orange Park, Florida.

This Class consists of the Secured Claim of Wells Fargo Bank, NA on 715 Red Cedar Court, Orange Park, Florida by virtue of a first mortgage recorded in the Public Records of Clay County, FL at OR Book 2965, Page 1057. The Debtors will value this property at the replacement value of $185,875.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Clay County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 17 is impaired by the Plan. Each holder of an allowed Class 17 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 17 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.18 Class 18**. First Mortgage of Bank of America, N.A., c/o Wilshire Credit Corporation on 825 Stallion Way, Orange Park, Florida.

This Class consists of the Secured Claim of Bank of America, N.A., c/o Wilshire Credit Corporation on 825 Stallion Way, Orange Park, Florida by virtue of a mortgage recorded in the Public Records of Clay County, FL at OR Book 3023, Page 1303 . The Debtors will value this property at the replacement value of $168,000.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Clay County, FL. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 18 is impaired by the Plan. Each holder of an allowed Class 18 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 18 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.19 Class 19.** First Mortgage of Wells Fargo Bank, N.A. on 2763 Wood Stork Trail, Orange Park, Florida.

This Class consists of the Secured Claim of Wells Fargo Bank, N.A. on 2763 Wood Stork Trail, Orange Park, Florida by virtue of a first mortgage recorded in the Public Records of Clay County, FL at OR Book 2917 Page 2153. The Debtors will value this property at the replacement value of $162,345.00. The Debtors will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 4.5%, in equal monthly installments over a period of 360 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier. The Debtors in Possession and mortgage holder shall execute whatever documents are necessary to effect the modification of the foregoing loans in the Public Records of Clay County, FL. To the extent that the foregoing mortgage

12

secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan.

Class 19 is impaired by the Plan. Each holder of an allowed Class 19 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 19 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.20 Class 20.** Secured Property Tax Claim of Mike Hogan, Tax Collector for 2008 tax year.

This Class consists of the Secured Claim of Mike Hogan Tax Collector on various properties of the Debtors owned in Duval County,   Florida (as evidenced by Proof of Claim #18 filed in Chapter 11 Case) by virtue of a statutory lien. The Debtors will pay the balance owed of $42,172.32 (2008 taxes and all previous years) together with interest at the rate of 18%, in equal monthly installments over a period of 60 months from the effective date of this Plan or the date that the Court orders Adequate Protection to the creditor, whichever is earlier.

Class 20 is impaired by the Plan. Each holder of an allowed Class 20 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 20 Claim shall retain any lien encumbering real property of the Debtors in Possession.

**2.21 Class 21.** Wholly Unsecured Second Mortgage Claims

1. GMAC Mortgage, as recorded at OR Book 13333, Page 1014 of the Public Records of Duval County, FL. on 13820 Zion Gate Court, Jacksonville, Florida.

2. Bank of America, N.A. as recorded at OR Book 13095, Page 711 of the Public Records of Duval County, FL on 14064 Eagle Feathers Drive, Jacksonville, Florida.

3. Bank of America, N.A. as recorded at OR Book 27545, Page 1656 of the Public Records of Clay County, FL on 918 Thoroughbred Dr., Orange Park, Florida.

4. Bank of America, N.A. as recorded at OR Book 13839, Page 2337 of the Public Records of Duval County, FL on 14087 Golden Eagle Drive, Jacksonville, Florida.

5. Bank of America, N.A. as recorded at OR Book 14155, Page 1337 of the Public Records of

Duval County, FL on 14094 Eagle Feathers Drive, Jacksonville, Florida.

6.    Countrywide as recorded at OR Book 13568, Page 2228 of the Public Records of Duval County, FL on 528 N. Summer Breeze Drive, Jacksonville, Florida.

7.    Wells Fargo Bank, NA as recorded at OR Book 13596, Page 2388 of the Public Records of Duval County, FL on 14003 N. Summer Breeze Drive Jacksonville, Florida.

8.    Countrywide Home Loans Servicing, LP as recorded at OR Book 13350, Page 1937 of the Public Records of Duval County, FL on 609 N. Summer Breeze Drive Jacksonville, Florida.

9.    JPMorgan Chase Bank, c/o LPS as recorded at OR Book 13512, Page 2366 of the Public Records of Duval County, FL on 2903 Eagle Preserve Boulevard, Jacksonville, Florida.

10.   Bank of America, N.A. as recorded at on OR Book 12260, Page 2435 of the Public Records of Duval County, FL on 1752 Forest Creek Drive, Jacksonville, Florida.

11.   Bank of America, N.A. on 1698 Kernan Forest Court, Jacksonville, Florida by virtue of a second mortgage recorded in the Public Records of Duval County, FL at OR Book 13466, Page 300.

12.   Bank of America, N.A. on 12301 N. Burning Embers Lane, Jacksonville, Florida by virtue of a second mortgage recorded in the Public Records of Duval County, FL at OR Book 12463 Page 2417.

13.   Bank of America, N.A. on 1035 Briar Creek Road, Jacksonville, Florida by virtue of a second mortgage recorded in the Public Records of Duval County, FL at OR Book 13207 Page 887.

14.   Bank of America, N.A. on 743 Briar Creek Road, Jacksonville, Florida by virtue of a second mortgage recorded in the Public Records of Duval County, FL at OR Book 12645, Page 1443.

The Debtors will value the above secured claims at the replacement value of $0.00 and the claims

14

shall be paid in accordance with general unsecured claims as stated below.

Class 21 is impaired by the Plan. Each holder of an allowed Class 21 claim is entitled to vote to accept or reject the Plan.

**2.22 Class 22** All unsecured claims (including wholly unsecured second mortgage claims) allowed under § 502 of the Code.

This Class consists of the General Unsecured Claims, including any wholly unsecured second mortgage claims identified above and any unsecured portion of claims valued pursuant to 11 U.S.C. § 506.

The Debtors shall pay all projected disposable income for a period of 60 months to the holder of each unsecured claim in equal pro rata quarterly installments on the later of the effective date of the Plan or the date on which the unsecured claim becomes an allowed claim for full satisfaction of the unsecured claims. To the extent that the debtor sells or refinances any real property and receives a profit, then such profit shall be considered disposable income and committed to the unsecured creditors as stated above. Based upon current projections, the Debtors do not anticipate any distributions to the unsecured creditors without sale and/or refinance of real properties.

Class 22 is impaired by the Plan. The holder of any allowed amount of Class 22 claim is entitled to vote to accept or reject the Plan.

**ARTICLE III**

**TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,**

**U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS**

3.01 Unclassified Claims. Under section §1123(a)(1), administrative expense claims, and priority tax claims are not in classes.

3.02 Administrative Expense Claims. Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03 Priority Tax Claims. Each holder of a priority tax claim will be paid in full by regular installments

within 5 years of the date of the filing of the Petition by the Debtor in Possession in accordance with 11 U.S.C. § 1129(a)(9).

3.04 United States Trustee Fees. All fees required to be paid by 28 U.S.C. §1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date.

## ARTICLE IV

### TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01 Claims and interests shall be treated as follows under this Plan:

**Class Impairment Treatment**

Class 1. Priority Tax Claims

Impaired- to be paid in equal quarterly installments, with interest of 6%, over a period of time less than 60 months from date of the Order for Relief in this case.

Class 2   First Mortgage of Aurora Loan Services, LLC on 13820 Zion Gate Court, Jacksonville, FL

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 3 - First Mortgage of Bank of America Mortgage on 14064 Eagle Feathers Drive, Jacksonville, FL

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 4 - First Mortgage of Bank of America, N.A. on 14078 Red Rock Drive, Jacksonville, FL

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 5 - First Mortgage of Bank of America, N.A. on 918 Thoroughbred Drive, Orange Park, Florida.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 6 - First Mortgage of Bank of America, N.A. on 14087 Golden Eagle Drive, Jacksonville, Florida.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 7 - First Mortgage of Wells Fargo Bank, N.A. on 1698 Kernan Forest Court, Jacksonville, Florida

Impaired - to pay regular payment and cure arrears over 60 months

16

Class 8 - First Mortgage of Bank of America, N.A. on 743 Briar Creek Road, Jacksonville, Florida

Impaired - to be valued over 360 months, together with interest of 4.5%

Class 9 - First Mortgage of Ocwen on 1752 Forest Creek Drive, Jacksonville, Florida.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 10 - First Mortgage of JPMorgan Chase Bank, NA on 12301 N. Burning Embers Lane, Jacksonville, Florida

Impaired - to be valued at replacement value over 180 months, together with interest of 4.5%

Class 11 - First Mortgage of Wells Fargo Bank, NA on 1035 Briar Creek Road, Jacksonville, Florida

Impaired - to be valued at replacement value over 360 months, together with interest of 4.5%

Class 12 - First Mortgage of Litton Loan Servicing, LP on 14094 Eagle Feathers Dr., Jacksonville, FL.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 13 - First Mortgage of Countrywide Home Loans Servicing, LP on 528 N. Summer Breeze Drive, Jacksonville, Florida.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 14- First Mortgage of Countrywide on 609 N. Summer Breeze Drive, Jacksonville, Florida.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 15 - First Mortgage of JPMorgan Chase Bank, NA on 2903 Eagle Preserve Blvd., Jacksonville, FL.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 16 - First Mortgage of Wells Fargo Bank, NA on 14003 East Summer Breeze Dr., Jacksonville, FL.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 17 - First Mortgage of Wells Fargo Bank, NA on 715 Red Cedar Court, Orange Park, Florida.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 18 - First Mortgage of Bank of America, N.A., c/o Wilshire Credit Corporation on 825 Stallion Way, Orange Park, Florida.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 19 – First Mortgage of Wells Fargo Bank, N.A. on 2763 Wood Stork Trail, Orange Park, Florida.

Impaired - to be valued at the replacement value, together with interest of 4.5%

Class 20 – Secured Claim of Mike Hogan Tax Collector

Impaired – to be paid balance of claim over 60 months, together with interest of 18%

Class 21 -Wholly Unsecured Second Mortgage Claims

Impaired - to be valued at $0.00 and paid as general unsecured claim

Claim 22 - General Unsecured Claims

Impaired - to be paid all disposable income over a period of 60 months.

## ARTICLE V

## ALLOWANCE AND DISALLOWANCE OF CLAIMS

5.01 Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed [by a final non-appealable order], and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

5.02 Delay of Distribution on a Disputed Claim. No distribution will be made on account of a disputed claim unless such claim is allowed [by a final non-appealable order].

5.03 Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## ARTICLE VI

## PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

6.01 Assumed Executory Contracts and Unexpired Leases.

(a) The Debtor assumes the following executory contracts and/or unexpired leases effective upon the effective date of this Plan as provided in Article VII:

1.      Leases between debtors and all tenants currently renting properties on the confirmation

18

date

(b) The Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly assumed under section 6.01(a) above, or before the date of the order confirming this Plan, upon the date of the entry of the order confirming this Plan. A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than thirty (30) days after the date of the order confirming this Plan.

## ARTICLE VII

## GENERAL PROVISIONS

7.01 Definitions and Rules of Construction. The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions:    N/A

7.02 Effective Date of Plan. The effective date of this Plan is the eleventh business day following the date of the entry of the order of confirmation. But if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

7.03 Severability. If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

7.04 Binding Effect. The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

7.05 Captions. The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

7.06 Controlling Effect. Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Florida govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

7.07 Corporate Governance. No provisions required by § 1123(a)(6) of the Code.

## ARTICLE VIII

### DISCHARGE

8.01. Discharge. Confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments under this Plan, or as otherwise provided in § 1141(d)(5) of the Code. The Debtor will not be discharged from any debt excepted from discharge under § 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

## ARTICLE IX

### OTHER PROVISIONS

Payments to the various Classes under this Plan of Reorganization shall commence twenty (20) days after the date that the Plan of Reorganization becomes final and non-appealable unless otherwise specifically stated with respect to treatment of each particular class.


Dated this _____ day of June, 2009.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished to Office of the United States Trustee, 135 W. Central Blvd., Ste. 620 Orlando, FL 32801 and to all interested parties as listed on the court's matrix, by CM/ECF filing this ____ day of June, 2009.

Law Offices of Mickler & Mickler

By:_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for Debtors in Possession
5452 Arlington Expressway
Jacksonville, Florida 32211
904.725.0822/ FAX: 725.0855
bkmickler@planlaw.com

21